# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COUNSEL CORPORATION, | ) | |
|     Plaintiff | ) | |
| | ) | **CIVIL ACTION** |
| v. | ) | No. 04-cv-3852 |
| | ) | |
| GARY J. WASSERSON, | ) | |
|     Defendant | ) | |

| | | |
|---|---|---|
| GARY J. WASSERSON, | ) | |
|     Plaintiff | ) | |
| | ) | **CIVIL ACTION** |
| v. | ) | No. 04-cv-3864 |
| | ) | |
| I-LINK CORP., et al. | ) | |
|     Defendants | ) | |

## FINAL JUDGMENT ORDER

**AND NOW**, this 24th day of August 2010, upon review and consideration of Plaintiff's Motion for Entry of Final Judgment and Award of Attorneys' Fees [docket entry No. 62], Defendants' Response to Plaintiff's Motion for Entry of Final Judgment and Award of Attorneys' Fees [docket entry No. 63], Plaintiff's Reply [docket entry No. 66], and for reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED in part, DENIED in part**. **Final Judgment** is hereby entered in a sum certain amount of $404,896.75, in favor of Wasserson, the prevailing party, against Defendants Counsel Corporation, Counsel Corporation (US), C2 Global Technologies, Inc., and Alan Silber as follows:

    1.    $715,717.22 to Wasserson, with a deduction for the award to Defendants I-Link, et

al., in the amount of $310.820.47, for a net judgment in favor of Wasserson in the amount of $404,896.75.

The Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**